**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MYAPPS CORP.,

    Plaintiff,

v.                                                Case No. 6:22-cv-364-WWB-EJK

TELECURE TECHNOLOGIES, INC.,

    Defendant.
_____

### ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Voluntarily Dismiss Action (Doc. 15). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on April 7, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record